## A12A2452. FORD v. THE STATE.
(738 SE2d 111)

DOYLE, Presiding Judge.

Gary Ford filed a direct appeal from the trial court's denial of his pre-trial plea in bar based upon an alleged violation of his constitutional right to a speedy trial. The Supreme Court of Georgia has recently ruled, however, that such a claim is not directly appealable and that a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b).[1] Ford's appeal is therefore dismissed.[2]

*Appeal dismissed. Andrews, P. J., and Boggs, J., concur.*

DECIDED FEBRUARY 4, 2013.

*Benjamin A. Pearlman*, for appellant.

*Kenneth W. Mauldin, District Attorney, James V. Chafin, Assistant District Attorney*, for appellee.

---

[1] See *Sosniak v. State*, 292 Ga. 35, 36 (2) (734 SE2d 362) (2012).

[2] See *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012); *Morris v. State*, 319 Ga. App. 198 (734 SE2d 926) (2012).